Robert Ball, by Charles Ball, His Father and Next Friend, Appellee, v. Smith Hainey, Defendant, and Reatha Hainey, Appellant.
Smith Hainey, Appellant, v. Robert Ball, Appellee.

Gen. No. 9,251.

Heard in this court at October term, 1940; opinion filed June 23, 1941; rehearing denied October 17, 1941. Hawbaker & Sievers, for appellants; N. E. Hutson and B. E. Morgan, for appellee. Opinion filed by JUSTICE HAYES. "Not to be published in full."